# COMPLAINT
(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 NOV -2 P 2:33
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Chester Voss

v.

(Full name of defendant(s))

See Attachment

Case Number:

**21-C-1269**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of ___W is consin___ and resides at
   (State)

   6968 N. Beck Lane  Milwaukee, Wi.  53090
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___See Attachment___
   (Name)

Complaint – 1

Case 2:21-cv-01269-BHL   Filed 11/02/21   Page 1 of 8   Document 1

is (if a person or private corporation) a citizen of ____See Attachment____
(State, if known)

and (if a person) resides at ____See Attachment____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ____See Attachment____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

____See Attachment / Also all of the defe nd ants had____

____knowledge that there was crime committed.____

# Defendants

1) Washington County Courts

    Jeanette Kara Corbett

    484 Rolfs Ave.  West Bend, Wisconsin 53090

2) West Bend Police Department

    Travis R. Vickney

    350 Vine St.  West Bend, Wisconsin   53095

3) WCHSD / ACS

    Nicole A. Thorstenson

    333 East Washington st.  Suite 2200   West Bend, Wisconsin   53095

4) Connie Ludtke

    1706 Washington st.

    Grafton, Wisconsin   53024

5) Carrie Lea Spikes

    703 Tamarack Dr.  E   West Bend, Wisconsin   53095

6) Inclusa

    Lydia Wilson

    3349 Church street suite 1   Stevens Point, Wisconsin   54481

1

# A HOME AROUND THE CORNER
## PO BOX 5 WEST BEND WI. 53095

### 262-339-9405

To whom it may concern,

This is a written statement of the facts regarding State of Wisconsin VS Chester Voss

I Chester Voss owner / operator of A Home Around The Corner and A Auto Emporium attest that around December of 2019 I began getting visits from the West Bend Police Department. The complaint of one of my staff stating that she was being harrassed. I explained to the detective that the staff was disruntled due to drug usage and an upcoming eviction. I was arrested and released, the DA would not procede with the charge.

On December 20, 2019 the same detective returned again to my office. This time he stated that I was having sex with a client. Apparently the detective had gotten the one staff and a client that I had removed form my operation; to go in concert and cause undue damage to my company. The two parties had given him a false distription of my genitals. He Would not take my word or the option to view the area in question. I was arrested again. I was placed in jail over the x mas weekend for 4 days. On Monday December 23,2019, the day of which I was scheduled to have the one staff evicted and could not due to my incarceration at 4:30 pm I was given a hearing regarding the charges of 1st Degree sexual Assault / Treatment Faacility.

The DAs office could not procede requesting 30 days to investigate the matter. All of my clients and staff were removed from our unit during the x mas holidays where they all did not have a good x mas.

My company was forced to close up where there was no evidence of any wrong doings. The evidence that the DA had did not add up on December 20, 2019 and it did not add up on June 1, 2020. I had been in business at that location for 5 years, contracting with the state, county, and city for services. We delivered Meals on Wheels 3-5 days a week as well as delivered 350 Booster News Papers. I have a son who is disabled and the reason of my mission. None of this was given cocideration. I attest that I am a minority and that the DA s office, the West Bend

1

Police Department, one of my staff and a client acted in concert to do malicious harm to myself.

I had to post a $5,000.00 cash bond in order that I might go home after having being given a $10,000.00 signature bond. The DA stated that if I could aford an attorney, that I could aford the $5000.00 cash bond. The DA offered me 3 pleas; 1) 40 years 2) 10 years 3) life probation all of which I had to register as a sexual offender.

If I didnt have the support and had taken any of the offers that were made to me I would be in jail RIGHT NOW.

I attest that the DA waited until we paid the attorney over $40,000.00 before they released the charges.

I attest that a company that was minority owned with over $400,000.00 revenue was closed up without any concideration.

I attest that 5 of my clients during a holiday weekend were displaced and have yet to have recourse.

I attest that a client made a false complaint and nothing has been said or done so that the client can not do such a thing again.

I attest that a West Bend Police Department detective conspired with two people to distory myself and my company.

I ask that your office help me find a recourse and a recovery of my rights.

Thank You

2

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I a m requesting that my name and credibility be restored.

I am requesting that the defendants exknowledge their faults.

I am requesting that my busines s  be made wholed.

I am requesting a injuction be put in place that I can not be subject recorse.

I am requesting an award for the traumatic damage to my family.

I am requesting an award for the trama tic d ama ge to myself.

I am requesting an award for the lost income.

I am requesting an award for lose of right to d o business.

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☑ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 22 day of October 20 21.

Respectfully Submitted,

_Pastor Voss (Voss)_
Signature of Plaintiff

_[signature]_
Plaintiff's Telephone Number

262 339 9405

Plaintiff's Email Address

2clv@charter. net

6968 N. Beck Lane   Milwaukee, Wi.   53090
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☑ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:21-cv-01269-BHL   Filed 11/02/21   Page 8 of 8   Document 1